# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR308 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MIGUEL ANGEL CARREON-RICO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue by government's counsel (Filing No. 18). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The government's motion to continue trial (Filing No. 18) is granted.

2. Trial of this matter is re-scheduled for **November 9, 2009,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 5th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge