IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR308 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MIGUEL ANGEL CARREON-RICO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on J. William Gallup's Motion to Withdraw as counsel for Miguel Angel Carreon-Rico (Filing No. 34).  Mr. Gallup was retained as counsel for defendant and now seeks to withdraw asserting that the defendant does not want Mr. Gallup to file his appeal.  Because of the time constraints involved in filing a timely appeal, the court will grant the motion, allow Mr. Gallup to withdraw as counsel of record, and appoint the FPD to represent the defendant in his appeal of his sentence.  The Presentence Investigation Report shows that the defendant is indigent.

**IT IS ORDERED:**

1. The motion of Mr. Gallup to withdraw as counsel for the defendant (Filing No. 34) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter.  The Federal Public Defender shall forthwith file a written appearance in this matter.

3. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 10th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge